# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

April 27, 2020

Hon. Cathy Seibel  
United States District Court  
300 Quarropas Street  
White Plains, New York   10601

The Clerk of Court is respectfully directed to unseal the docket in No. 13-CR-186, as well as the documents contained therein, except that Mr. Green's April 18, 2018 letter to the Court shall remain under seal.

SO ORDERED.

*Cathy Seibel*   4/27/20

CATHY SEIBEL, U.S.D.J.

re:   *United States v. Marcus Chestnut*  
       13-cr-186 (CS)

Dear Judge Seibel:

    This letter sets forth the joint position of the parties with respect to sealing of this case. I have conferrred with AUSA Jamie Bagliebter and we agree that further sealing is not required with the exception of one document, my April 11, 2018, letter to the Court, which we ask remain under seal.

Very truly yours,

/s/ *Theodore S. Green*  
Theodore S. Green

cc: AUSA Jamie Bagliebter