UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
USA,

           -against-                           Docket No. 13-cr-00186-cs

Marcus Chestnut,                            ORDER
-------------------------------------------------------x
Seibel, J.

     Based on safety concerns, I have agreed to file the Judgment in this case under seal, and that for the time being the whole case is to remain under seal.

     The parties are to submit a joint letter to this court in six (6) months stating that continued sealing is necessary, and if so, why.

So Ordered:

Dated:  White Plains, New York
          March 13, 2015

                                            /s/ Cathy Seibel, U.S.D.J.