UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\#16

------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                           13-cr-186 (CS)

MARCUS CHESTNUT,

        Defendant.

------------------------------------------------------------x

Whereas, on March 27, 2018, the defendant was presented before this Court for proceedings on whether he had violated the terms and conditions of supervised release, which proceedings continued until July 31, 2018, and

Whereas the defendant had previously been represented on the above-captioned indictment by Theodore S. Green, as appointed counsel pursuant to the Criminal Justice Act, and

Whereas the Court determined that the defendant should continue to have court-appointed counsel under the Criminal Justice Act for the aforementioned violation of supervised release proceeding, it is hereby

Ordered that Theodore S. Green is appointed as counsel under the Criminal Justice Act to represent the defendant in the aforementioned proceedings and that this Order shall be *nunc pro tunc* as of March 27, 2018.

Dated: 8/2/18

                                                      _____
                                                      Hon. Cathy Seibel
                                                      United States District Judge